IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEPHANIE CROYDER, )
)
          Plaintiff, )
)
v. ) Case No. 16-2761-JAR
)
BLITT & GAINES, P.C. and )
DAVID OLEFSKY, )
)
          Defendants. )

## NOTICE AND ORDER TO SHOW CAUSE

TO THE PLAINTIFF, Stephanie Croyder:

The complaint in this case was filed on November 10, 2016. On July 11, 2017, the presiding U.S. District Judge, Julie A. Robinson, granted plaintiff's request for leave to file her proposed first amended complaint.[1] Judge Robinson set a deadline of July 28, 2017, for plaintiff to file the first amended complaint.[2] To date, plaintiff has not filed her first amended complaint, nor taken any other action in this matter. Therefore, unless plaintiff already has filed her first amended complaint, the court orders plaintiff to show cause in writing to Judge Robinson, on or before **September 21, 2017**, why this case should not be

---

[1] See ECF No. 25 at 9 (referencing Exhibit 1 to ECF No. 23).

[2] *Id.* Even though the first amended complaint was attached as an exhibit to plaintiff's response to a motion to dismiss, ECF No. 23-1, Judge Robinson directed plaintiff to file it as a stand-alone document.

dismissed, with prejudice, for lack of prosecution under Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated September 6, 2017, at Kansas City, Kansas.

       s/ James P. O'Hara
James P. O'Hara
U. S. Magistrate Judge